UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>                    Plaintiff,<br><br>       v.<br><br>RIVER FRONT PROPERTIES, LLC,<br><br>                    Defendant. | NO: CV-09-226-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is the parties' Stipulation of Dismissal with Prejudice, ECF No. 67. Having reviewed said stipulation and the file and pleadings therein, the Court finds good cause to dismiss this case. Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice **ECF No. 67** is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 30th day of June, 2011.

           *s/ Rosanna Malouf Peterson*
           ROSANNA MALOUF PETERSON
           Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2